AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 1:18mj3222 | 06/28/2018 12:00p | N/A |

Inventory made in the presence of :

Inventory of the property taken and name of any person(s) seized:

(U) A search warrant, issued in the United States District Court for the Northern District of Ohio on or about June 27, 2018, was executed on evidence item 1B7, a Smartphone, ZTE Model Z835, IMEI: 866964037269529, serial Number: 329F768404F2 on or about June 28, 2018 by Federal Bureau of Investigation (FBI) Special Agent (SA) Peter J. Mauro.

(U) The phone contained 43 images, 21 location points, seven videos, and two contacts.

**FILED**
**10:56 am Jul 13 2018**
**Clerk U.S. District Court**
**Northern District of Ohio**
**Akron**

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 06/29/2018

_Executing officer's signature_

Peter J. Mauro, Special Agent
_Printed name and title_

AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>CELLULAR TELEPHONE ASSIGNED TELEPHONE NUMBER 216.233.9603, SERVICE PROVIDED BY AT&T MOBILITY, CURRENTLY LOCATED AT 1501 LAKESIDE AVENUE, CLEVELAND, OHIO, 44114 | ) ) ) ) ) ) )    Case No.   1:18mj3222 |

## SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the   **Northern**   District of   **Ohio**
*(identify the person or describe the property to be searched and give its location)*:

**See Attachment A**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

**See Attachment B**

**YOU ARE COMMANDED** to execute this warrant on or before    **July 11, 2018**    *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   **U.S. Magistrate Judge Thomas M. Parker**
*(United States Magistrate Judge)*

☑ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☑ for  **30**  days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of

Date and time issued:   06/27/2018 5:02 pm

*Judge's signature*

City and state:   Cleveland, Ohio           U.S. Magistrate Judge Thomas M. Parker
*Printed name and title*